# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 26-54475-JWC
**Case Name:** JOHN ROBERT HENLEY

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 04/03/2026 (f)
**§ 341(a) Meeting Date:** 05/12/2026
**Claims Bar Date:** 08/11/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 409 Crestmont Ln, Canton, GA 30114, Cherokee County (One-half Interest)<br>Debtor scheduled full value. Trustee is showing one-half interest of debtor including one-half of secured claims and cost to sell. Debtor did not claim available exemptions. | 261,200.00 | 47,815.50 | | 0.00 | 261,200.00 |
| 2 | 24568 McPhail Farm Rd, Florala, AL 36442, Covington County (One half Interest)<br>Tax assessed value of $587,400 for full property totaling 161.5 acres | 275,000.00 | 275,000.00 | | 0.00 | 275,000.00 |
| 3 | 2009 Honda Pilot EX-L, 189540 miles<br>Notice of abandonment filed, Dkt # 17. | 2,750.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2006 Ford F250 Lariat Super Duty, 390000 miles<br>Notice of abandonment filed, Dkt # 17. | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | 2008 Chevrolet Silverado 1500 Ext Cab LT, 122150 miles<br>Notice of abandonment filed, Dkt # 17. | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 6 | 2011 Honda CRF 450R motorcycle<br>Notice of abandonment filed, Dkt # 17. | 2,500.00 | 2,500.00 | OA | 0.00 | FA |
| 7 | 2007 Yamaha TTR 125<br>Notice of abandonment filed, Dkt # 17. | 750.00 | 750.00 | OA | 0.00 | FA |
| 8 | 1998 Yamaha Timberwolf 250<br>Notice of abandonment filed, Dkt # 17. | 250.00 | 250.00 | OA | 0.00 | FA |
| 9 | 2010 Utility Trailer<br>Notice of abandonment filed, Dkt # 17. | 500.00 | 500.00 | OA | 0.00 | FA |
| 10 | living room, dining room, (4) bedrooms, basement and office furniture, kitchenware, small appliances, refrigerator, W/D, stove, oven, linens, study furniture | 2,825.00 | 0.00 | | 0.00 | FA |
| 11 | tvs ($350), projector ($150), surround sound ($250), AV Tuner ($200), printer ($150), cell phones ($350), PS4 ($75), laptops ($350) | 937.50 | 0.00 | | 0.00 | FA |
| 12 | Clothes - normal | 300.00 | 0.00 | | 0.00 | FA |
| 13 | wedding band | 250.00 | 0.00 | | 0.00 | FA |

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 26-54475-JWC
**Case Name:** JOHN ROBERT HENLEY

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 04/03/2026 (f)
**§ 341(a) Meeting Date:** 05/12/2026
**Claims Bar Date:** 08/11/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Checking: BOA x0391 | 763.98 | 0.00 | | 0.00 | FA |
| 15 | Checking: BOA x6437 | 1,217.86 | 0.00 | | 0.00 | FA |
| 16 | Checking: Regions x8787 | 116.73 | 0.00 | | 0.00 | FA |
| 17 | Credit Union: Georgia's Own CU x5950 | 21.16 | 0.00 | | 0.00 | FA |
| 18 | Legacy FLG, LLC;<br>Filed bankruptcy on business is closed Assets: $412,322 Debts: $3,053,361, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Transamerica Term policy required by T Bank: T Bank | 0.00 | 0.00 | | 0.00 | FA |
| **19** | **Assets** **Totals** (Excluding unknown values) | **$558,882.23** | **$326,815.50** | | **$0.00** | **$536,200.00** |

**Major Activities Affecting Case Closing:**

5/13/2026 - Trustee declared case as an asset case and abandoned vehicles.

5/13/2026 - Trustee will be pursuing the sale of Debtor's interest in (a) 409 Crestmont Ln, Canton, GA 30114, Cherokee County and (b) 24568 McPhail Farm Rd, Florala, AL 36442, Covington County.

7/27/2026 - Offer received on interest in Alabama property. Trustee will determine course of action after August 11, 2026 claims bar date.

8/11/2026 - Claims bar date.

**Initial Projected Date Of Final Report (TFR):** 12/31/2028 **Current Projected Date Of Final Report (TFR):** 12/31/2028